UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T&M INVENTIONS, LLC,<br><br>                        Plaintiff,<br>v.<br><br>R & S MANUFACTURING AND SALES COMPANY, INC.,<br><br>                        Defendant. | Case No. 2:20-CV-11317-JAK(PLAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

    IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulation to dismiss this action on the merits, with prejudice, and without costs to either party is GRANTED.

Dated: June 9, 2021

_____
John A. Kronstadt
United States District Court Judge

ORDER GRANTING STIPULATION TO DISMISS      1